UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
EDERY HERRERA, *on behalf of himself and all others* :
*similarly situated*, :
:
                    Plaintiff, :          24-CV-7134 (JMF)
:
     -v-      :              ORDER
:
TWENTY-SIX DESIGNS LLC, :
:
                    Defendant. :
X
---------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: September 23, 2024           _____
      New York, New York              JESSE M. FURMAN
                                           United States District Judge