**KAUFMAN DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Jennifer Sherven, Esq.
JSherven@kaufmandolowich.com

Erika Rosenblum, Esq.
ERosenblum@kaufmandolowich.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024

November 25, 2024

**VIA ECF ONLY**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Conference set for 12/5/2024 at 10:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, January 22, 2025 at 2:00 p.m.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> 11/26/2024

Re:  **Edery Herrera v. Twenty-Six Designs LLC**
     **Case No.: 1:24-cv-07134-JMF-KHP**

Dear Judge Parker:

This firm represents the Defendant, Twenty-Six Designs LLC ("Defendant") in the above-referenced action.

We write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the initial case management conference currently scheduled for December 5, 2024.

Defendant's response to the complaint is currently due on December 30, 2024. We need additional time to investigate the allegations in the Complaint and to discuss potential resolution on behalf of the Defendant. As such, the parties respectfully request that the initial case management conference currently scheduled for December 5, 2024, and all related deadlines, be adjourned to a date convenient to the Court in January. Adjournment of the initial conference and, as noted above, it is made with the consent of Plaintiff's counsel.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich, LLP

*Jennifer E. Sherven*

Jennifer E. Sherven
Erika H. Rosenblum

Cc:   All Counsel of Record (*via* ECF)