**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

January 15, 2025

<u>VIA ECF</u>
The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      ***Re:*** *Herrera v. Twenty-Six Designs LLC*
         <u>Case No.: 1:24-cv-7134</u>

Dear Judge Furman,

  The undersigned represents Edery Herrera ("Plaintiff") in the above referenced matter against Defendant, Twenty-Six Designs LLC, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                Respectfully submitted,

                <u>/s/Michael A. LaBollita, Esq.</u>
                Michael A. LaBollita, Esq.

cc: All counsel of record via ECF