USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/16/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDERLY HERRERA,

                                Plaintiff,

        -against-

TWENTY-SIX DESIGNS LLC,

                               Defendant.
-----------------------------------------------------------------X

24-CV-7134 (JMF) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on January 15, 2025 (ECF No. 16) the Initial Case Management Conference currently scheduled for **January 22, 2025** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:    New York, New York
                January 16, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge